# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN                                                   DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                          404-215-1655
AND CLERK OF COURT

October 18, 2011

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

>      **U.S.D.C. No.: 1:09-cr-543-1-JOF**
>      **U.S.C.A. No.: 11-12039-I**
>      **In re:        *USA v. Delroy Oliver Davy***

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

_____   Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

_____   This is not the first notice of appeal.  Other notices were filed on: .

_____   There is no transcript.

_____   The court reporter is .

_____   There is sealed material as described below: .

__X__   Other: Original Papers - 1 Vol. Pleadings; 2 Transcripts.

_____   Fee paid on .

_____   Appellant has been  leave to file *in forma pauperis.*

_____   This is a bankruptcy appeal.  The Bankruptcy Judge is .

_____   The Magistrate Judge is .

_____   The District Judge is .

_____   This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:   /s/   Elaine N. McFarland
Deputy Clerk

Enclosures