**1st Request for ROA: 11-12039-BB; DC#1:09-cr-543**
Gordon Fields  to: Elaine McFarland                          04/19/2012 10:45 AM
Cc: Denza Bankhead, Kimberly A Carter, Precious McClam, Carol Lewis

USA v. Delroy Davy


GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226